Daniel M Feinberg (SBN 135983)
FEINBERG, JACKSON, WORTHMAN & WASOW LLP
383 4th Street, Suite 201
Oakland, CA 94607
Tel: (510) 268-7998
Fax: (510) 268-7994
dan@feinbergjackson.com

Attorneys for Plaintiff
TINA SAMPATH

IT IS SO ORDERED

Judge Edward M. Chen

10/26/2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA SAMPATH,<br><br>        Plaintiff,<br><br>vs.<br><br>PFIZER INC., MEDIVATION, INC. 2015 SEVERANCE PLAN<br><br>        Defendants. | CASE NO.: 3:17-CV-04851-EMC<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COUNTERCLAIMS**<br><br>Complaint Filed:    August 21, 2017<br>Trial Date:    Not Set |

      Plaintiff TINA SAMPATH ("Plaintiff"), and Defendants PFIZER INC. ("Pfizer") and MEDIVATION, INC. 2015 SEVERANCE PLAN (the "Plan") (collectively, "Defendants"), jointly stipulate to extend the time for Plaintiff to file an answer, or otherwise respond, to Defendants' Counterclaims dated October 19, 2017 from November 9, 2017 to November 24, 2017. Plaintiff and Defendants also agree that should Plaintiff file a response other than an answer, Plaintiff will consult with Defendants regarding the hearing date and stipulate to a mutually-agreeable briefing schedule.

      Pursuant to Civil Local Rule 6-1(a), this extension will not alter the date of any event or any deadline already fixed by Court order.

//

//

//

| | | |
|---|---|---|
| | | Respectfully Submitted, |
| Dated: October 24, 2017 | | FEINBERG JACKSON WORTHMAN & WASOW LLP |

By: /s/ _____
      Daniel Feinberg
      Attorneys for Plaintiff
      TINA SAMPATH

Dated: October 24, 2017      JACKSON LEWIS P.C.

By: /s/ _____
      Samantha N. Hoffman
      Rassa L. Ahmadi
      Attorneys for Defendants
      PFIZER INC. and MEDIVATION, INC. 2015
      SEVERANCE PLAN

## **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: October 24, 2017      FEINBERG, JACKSON, WORTHMAN & WASOW LLP

By: /s/ _____
      Daniel Feinberg
      Attorneys for Plaintiff TINA SAMPATH