Samantha N. Hoffman (SBN 212135)
Rassa L. Ahmadi (SBN 287576)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Tel: (949) 885-1360
Fax: (949) 885-1380
HoffmanS@jacksonlewis.com
Rassa.Ahmadi@jacksonlewis.com

Ashley B. Abel (*Pro Hac Vice*)
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
Tel: (864) 232-7000
Fax: (864) 235-1381
AbelA@jacksonlewis.com

Attorneys for Defendants
PFIZER INC. and MEDIVATION, INC. 2015 SEVERANCE PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| DAVID FORER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PFIZER INC., MEDIVATION, INC. 2015 EMPLOYEE SEVERANCE PLAN,<br><br>　　　　　　Defendants. | CASE NO.: 3:17-cv-05997-EMC<br><br>[*Related to Case No. 17-cv-04851-EMC*]<br><br>**STIPULATION AND PROPOSED ORDER RESOLVING PLAINTIFF DAVID FORER'S JOINDER TO MOTION FOR SUMMARY JUDGMENT AS TO STANDARD OF REVIEW**<br><br>Hearing:　　March 15, 2018<br>Time:　　　1:30 p.m.<br>Courtroom: 5, 17th Floor<br><br>Judge: Hon. Edward M. Chen |

Pursuant to Northern District of California Local Rule 7-12, Plaintiff David Forer ("Plaintiff") and Defendants Pfizer Inc. ("Pfizer") and Medivation, Inc. 2015 Severance Plan (the "Plan") (collectively, the "Parties"), agree to resolve Plaintiff David Forer's Joinder to Motion for Summary Judgment as to Standard of Review (ECF No. 43 in *Sampath v. Pfizer Inc., et al.*) by the following stipulation:

1. The Parties agree and stipulate that the Court's standard of review will be *de novo* based on the administrative record.

2. The Parties further stipulate that Plaintiff David Forer's Joinder to Motion for Summary Judgment as to Standard of Review (ECF No. 43 in *Sampath v. Pfizer Inc., et al.*) is now moot.

**IT IS SO STIPULATED.**

Dated: February 22, 2018                ROBERTS BARTOLIC LLP

                                        By:  *s/Michelle Lee Roberts*
                                             Michelle Lee Roberts
                                             Attorneys for Plaintiff
                                             DAVID FORER

Dated: February 22, 2018                JACKSON LEWIS P.C.

                                        By:  *s/Samantha N. Hoffman*
                                             Samantha N. Hoffman
                                             Rassa L. Ahmadi
                                             Ashley B. Abel (*Pro Hac Vice*)
                                             Attorneys for Defendants
                                             PFIZER INC. and MEDIVATION, INC. 2015
                                             SEVERANCE PLAN

## ORDER

The Parties having so stipulated and good cause appearing, it is hereby ORDERED as follows:

1. That the Court's standard of review will be *de novo* based on the administrative record.

2. Plaintiff David Forer's Joinder to Motion for Summary Judgment as to Standard of Review (ECF No. 43 in *Sampath v. Pfizer Inc., et al.*) is moot and will be removed from the hearing calendar for March 15, 2018.

**IT IS SO ORDERED.** CMC reset from 1:30 p.m. to 9:30 a.m. on 3/15/18.

Dated: 2/28/18



Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen